GPM Chiropractic, P.C. v State Farm Mut. Ins. Co. (2020 NY Slip Op
51521(U))

[*1]

GPM Chiropractic, P.C. v State Farm Mut. Ins. Co.

2020 NY Slip Op 51521(U) [70 Misc 3d 129(A)]

Decided on December 18, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 18, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019-1298 Q C

GPM Chiropractic, P.C., as Assignee of
Emilio Rosario, Appellant, 
against
State Farm Mutual Insurance Co., Respondent.

Law Office of David O'Connor, LLC (David O'Connor of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Maurice
E. Muir, J.), entered December 12, 2018. The order, insofar as appealed from as limited by the
brief, granted the branch of defendant's motion seeking to dismiss so much of the complaint as
sought to recover no-fault statutory interest to the extent of tolling the accrual of that interest
from September 28, 2005 to April 13, 2018.

ORDERED that the order, insofar as appealed from, is modified by providing that the
accrual of no-fault statutory interest is tolled from November 26, 2005 to April 13, 2018; as so
modified, the order is affirmed, with $25 costs.
Plaintiff commenced this action in 2002 to recover assigned first-party no-fault benefits for
services allegedly rendered in 2001. The record demonstrates that issue was joined in December
2002. Thereafter, plaintiff moved for summary judgment and defendant cross-moved for
summary judgment dismissing the complaint. By order entered October 13, 2004, the Civil Court
denied the motion and cross motion. By order entered November 26, 2005, the Civil Court, upon
granting reargument to defendant, adhered to the court's prior determination denying defendant's
cross motion for summary judgment dismissing the complaint. Plaintiff appeals from so much of
an order entered December 12, 2018 as granted the branch of defendant's motion seeking to
dismiss so much of the complaint as sought to recover no-fault statutory interest to the extent of
tolling the accrual of that interest from September 28, 2005 to April 13, 2018.
As plaintiff took no meaningful action to prosecute the case after the court decided
defendant's motion for leave to reargue its cross motion for summary judgment, for the reasons
stated in A.M. Med. Servs., P.C., as Assignee of Boris Simanovsky v State Farm Mut. Ins.
Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2018-2460 Q C], decided
herewith), the order, insofar as appealed from, is modified by providing that the accrual of
interest is tolled from November 26, 2005 to April 13, 2018.
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 18, 2020